### W. R. GUESS, Appellant, v. W. C. STEWART et al., Appellees.
### No. 8532.

Court of Civil Appeals of Texas. San Antonio.
Jan. 14, 1931.

John A. Mobley, of Corpus Christi, for appellant.

M. D. Brown, of Corpus Christi, for appellees.

**FLY, C. J.**

This is an appeal from a judgment in favor of appellees for a balance due on a promissory note and the foreclosure of a lien on certain land.

No briefs have been filed, and, no error being apparent of record, the judgment is affirmed.